UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE: Paul & Elizabeth Harvey
Debtors,
_____/

FILE NO: GK-07-04233
CHAPTER 13 – Filed 06/12/07
HON. JAMES D. GREGG

## AMENDMENT TO CHAPTER 13 PLAN

NOW COME the Debtors, Paul & Elizabeth Harvey, and hereby amend their Chapter 13 Plan as follows:

1. Plan payments will be decreased to $1,510.00 per month for the remainder of the plan.

2. Unsecured creditors shall still receive 100% of all allowed claims.

In all other respects, the Plan previously filed remains unchanged.

Dated: 12/07/2010

_____
Paul Harvey, Debtor

Dated: _____

_____
Elizabeth Harvey, Debtor

Dated: 12/7/10

_____
Joy L. Foster (P62583)
Attorney for Debtors
131 E. Columbia Ave., Suite 100
Battle Creek, MI 49015
(269) 968-1101

WALLING &
FOSTER,
P.C.
ATTORNEYS
AT LAW
BATTLE
CREEK
MICHIGAN
49015